UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE STAR MALLORY,
    Appellant,

v.

,
    Appellee.

Case No. 15-cv-04005-BLF

RE: STAR MALLORY

    Bankruptcy Case: 15-50839

    Adversary No.:

    BAP No.:

    Appellant: STAR MALLORY

The appeal has been assigned the following case number, 15-cv-04005-BLF before the Honorable Beth Labson Freeman .

    Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

    Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 28 days after the record on appeal has been entered on the District Court docket.

    The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of appellant's brief.  If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 14 days after service of appellee's brief.  If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief .

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 14 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: 9/1/2015

> For the Court
> Richard Wieking, Clerk
>
> *Simone Voltz*
>
> By: Deputy Clerk Simone Voltz