# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STAR MALLORY,<br>        Appellant,<br>v.<br>STERLING PACIFIC LENDING, INC.,<br>        Appellee. | Case No.  15-cv-04005-BLF<br><br>**ORDER TO SHOW CAUSE**<br>[Re: ECF 2] |

To Appellant Star Mallory, you are hereby ORDERED to SHOW CAUSE why this case should not be dismissed for failure to prosecute and failure to comply with the Federal Rules of Bankruptcy Procedure and the Bankruptcy Local Rules.

On September 1, 2015, the Clerk docketed Appellant's Notice of Appeal of the Bankruptcy Court's order dismissing her Chapter 13 bankruptcy for ineligibility under 11 U.S.C. § 109(e). ECF 1; *see also In re Star Mallory,* 15-bk-50839, Docket. No. 35. On September 3, 2015, the Clerk filed an Initial Case Management Scheduling Order, directing the parties to perfect the record pursuant to the Federal Rules of Bankruptcy. ECF 2.

Under Bankruptcy Rule 8009, formerly Rule 8006, parties appealing a bankruptcy court order must file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented" within 14 days of filing a notice of appeal. Fed. R. Bankr. P. 8009(a). Within that same period, the appellant must order a transcript of the proceedings and file a copy of the order with the bankruptcy clerk or file a certificate stating that s/he is not ordering a transcript. Fed. R. Bankr. P. 8009(d). To date, Appellant has filed nothing but her Notice of Appeal in relation to this appeal before this Court or the bankruptcy court.

The federal and local rules make clear that such failure may result in dismissal. "An

appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the district court or BAP to act as it considers appropriate, *including dismissing the appeal*." Fed. R. Bankr. P. 8003(a)(2) (emphasis added). Pursuant to the local rule, "[i]f the appellant fails to perfect the appeal in the manner prescribed by Bankruptcy Rule 800[9], any appellee may file a motion in the District Court to dismiss the appeal" or the Bankruptcy Court may recommend that the appeal be dismissed. Bankr. L. R. 8007-1. *See also In re Fitzsimmons,* 920 F.2d 1468, 1472 (9th Cir. 1990) (discussing previous versions of federal and local rules with same language as "two rules that warn[] of dismissal").

Approximately five months have passed since Appellant filed her Notice of Appeal. She has taken no action in the case since then. Accordingly, the Court hereby ORDERS Appellant to show cause why these cases should not be dismissed for failure to prosecute and failure to comply with the Federal Rules of Bankruptcy Procedure and the Bankruptcy Local Rules. Appellant has until **February 24, 2016** to file a response to this order. Failure to do so may result in dismissal.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge